B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Scarborough, Edmund Craig** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Scarborough, Yvonne Kay** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3287** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7439** |
| Street Address of Debtor (No. and Street, City, and State):<br>**6850 CR 540 East**<br>**Haines City, FL**               ZIP Code **33844** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**6850 CR 540 East**<br>**Haines City, FL**               ZIP Code **33844** |
| County of Residence or of the Principal Place of Business:<br>**Polk** | County of Residence or of the Principal Place of Business:<br>**Polk** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **IBCS Mining, Inc.**<br>**944 Glenwood Station Ln, Ste 104**<br>**Charlottesville, VA 22901** | |

| **Type of Debtor**<br>(Form of Organization)  (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Scarborough, Edmund Craig** <br> **Scarborough, Yvonne Kay** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  **Middle District of Florida, Tampa Division** | Case Number: <br> **8:01-bk-24043** | Date Filed: <br> **12/28/01** |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

    ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

    ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____

         (Name of landlord that obtained judgment)

         _____

         (Address of landlord)

    ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Scarborough, Edmund Craig**
**Scarborough, Yvonne Kay**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edmund Craig Scarborough**
Signature of Debtor  **Edmund Craig Scarborough**

X **/s/ Yvonne Kay Scarborough**
Signature of Joint Debtor **Yvonne Kay Scarborough**

Telephone Number (If not represented by attorney)

**July 16, 2014**
Date

**Signature of Attorney***

X **/s/ Perry G. Gruman, Esquire**
Signature of Attorney for Debtor(s)

**Perry G. Gruman, Esquire 396052**
Printed Name of Attorney for Debtor(s)

**Perry G. Gruman, P.A.**
Firm Name
**3400 W. Kennedy Blvd.**
**Tampa, FL 33609**

Address

                          **Email: ross@grumanlaw.com**
**813-870-1614  Fax: 813-8701634**
Telephone Number

**July 16, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Edmund Craig Scarborough,**
      **Yvonne Kay Scarborough**

Case No. _____

Debtors ,

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **IBCS Mining, Inc.**<br>**Western District of Virginia (Lynchburg)** | **14-61215**<br>**Debtors' Company** | **06/27/14**<br>**Judge Rebecca B. Connelly** |
| **IBCS Mining, Inc., Kentucky Division**<br>**Western District of Virginia (Lynchburg)** | **14-61216**<br>**Subsidiary of Debtors' Company** | **06/27/14**<br>**Judge Rebecca B. Connelly`** |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re **Edmund Craig Scarborough**
**Yvonne Kay Scarborough**
_____
Debtor(s)

Case No. _____
Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Edmund Craig Scarborough**
                                **Edmund Craig Scarborough**

Date:     **July 16, 2014**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Edmund Craig Scarborough**
**Yvonne Kay Scarborough**
_____
Debtor(s)

Case No. _____

Chapter  **11**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Yvonne Kay Scarborough**
                                **Yvonne Kay Scarborough**

Date:   **July 16, 2014**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Edmund Craig Scarborough**
**Yvonne Kay Scarborough**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Demo & Nuclear Decommissioning, Inc.**<br>**PO Box 553**<br>**Jamestown, NY 14702** | **American Demo & Nuclear Decommissioning, Inc.**<br>**PO Box 553**<br>**Jamestown, NY 14702** | **Possible personal guarentee of business debt** | **Contingent Disputed** | **139,000.00** |
| **Assoc. ReadyMix Concrete Inc**<br>**4621 Teller Ave, Ste 130**<br>**Newport Beach, CA 92660** | **Assoc. ReadyMix Concrete Inc**<br>**4621 Teller Ave, Ste 130**<br>**Newport Beach, CA 92660** | **Bond Related / personal guarenty of business debt** | **Contingent Disputed** | **185,000.00** |
| **BB & T**<br>**Po Box 2306**<br>**Wilson, NC 27894** | **BB & T**<br>**Po Box 2306**<br>**Wilson, NC 27894** | **Business credit card, Debtor disputes personal guarenty / liability** | **Disputed** | **115,000.00** |
| **BB & T**<br>**PO Box 1847**<br>**Attn: Bankruptcy**<br>**Wilson, NC 27894** | **BB & T**<br>**PO Box 1847**<br>**Attn: Bankruptcy**<br>**Wilson, NC 27894** | **Real Property Location: 6850 CR 540 East, Haines City FL 33844** | | **607,797.00**<br><br>**(501,441.00 secured)** |
| **BB & T**<br>**P.O. Box 1847**<br>**Wilson, NC 27894** | **BB & T**<br>**P.O. Box 1847**<br>**Wilson, NC 27894** | **Judgment recorded in Fairfax County Circuit Court** | | **1,383,872.00** |
| **Federal Insurance Co.**<br>**15 Mountian View Rd**<br>**Warren, NJ 07059** | **Federal Insurance Co.**<br>**15 Mountian View Rd**<br>**Warren, NJ 07059** | **personal guarenty of business debt** | **Contingent Disputed** | **630,000.00** |
| **GERS**<br>**c/o Pedro Williams**<br>**5212 Wimmelskafts Gade**<br>**Ste 200**<br>**St Thomas, VI 00802** | **GERS**<br>**c/o Pedro Williams**<br>**5212 Wimmelskafts Gade**<br>**St Thomas, VI 00802** | **Personal Guarenty of business debt / Case No. ST-08-CV-490 GERS v. Best Construction, Inc., et al** | **Disputed** | **2,500,000.00** |
| **Holland & Knight**<br>**c/o David Biesemeyer**<br>**50 California St, Ste 2800**<br>**San Francisco, CA 94111** | **Holland & Knight**<br>**c/o David Biesemeyer**<br>**50 California St, Ste 2800**<br>**San Francisco, CA 94111** | **Legal Services - Edmund Scarborough via Business Guarentee** | **Disputed** | **435,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Edmund Craig Scarborough**
      **Yvonne Kay Scarborough**

Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Holland Contracting Atty c/o Amanda Senn Whitfild & Eddy PLC 317 Sixth Ave, Ste 1200 Des Moines, IA 50309** | **Holland Contracting Atty c/o Amanda Senn Whitfild & Eddy PLC Des Moines, IA 50309** | **Judgment - Legal Services - Edmund Scarborough via Business Guarentee** | **Disputed** | **400,000.00** |
| **Howrey Law Firm c/o Adler Law Firm Joel D. Adler 101 Montgomery St, Ste 2050 San Francisco, CA 94104** | **Howrey Law Firm c/o Adler Law Firm Joel D. Adler San Francisco, CA 94104** | **Judgment Against IBCS Mining, Inc. - Edmund Scarborough via Business Guarentee** | **Disputed** | **1,000,000.00** |
| **Integrated Elect Svc, Inc. c/o Sarah Kerrigan 5433 Westheimer, Ste 500 Houston, TX 77056** | **Integrated Elect Svc, Inc. c/o Sarah Kerrigan 5433 Westheimer, Ste 500 Houston, TX 77056** | **Judgment based on Business Guarentee** | **Disputed** | **1,660,000.00** |
| **Internal Revenue Service Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101** | **Internal Revenue Service Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101** | **IRS - Fed Income Taxes Debt Disputed, Debtors believe that IRS will owe them money upon resolution of dispute.** | **Disputed** | **115,879.12** |
| **MichaelFrederick Paving Corp Leonard Sutherland, VP PO Box 573 Atascadero, CA 93423** | **MichaelFrederick Paving Corp Leonard Sutherland, VP PO Box 573 Atascadero, CA 93423** | **Judgment - Edmund Scarborough via Business Guarentee** | **Contingent Disputed** | **285,000.00** |
| **NorShield Security 3232 Mobile Hwy Montgomery, AL 36108** | **NorShield Security 3232 Mobile Hwy Montgomery, AL 36108** | **Judgment - Edmund Scarborough via Business Guarentee** | **Contingent Disputed** | **290,000.00** |
| **Peoples United Equip Finance c/o Robert Grawl Jr Assistant Gen Counsel 1300 Post Oak Blvd, Ste 1300 Houston, TX 77056** | **Peoples United Equip Finance c/o Robert Grawl Jr Assistant Gen Counsel Houston, TX 77056** | **Edmund Scarborough via Business Guarentee** | **Contingent Disputed Subject to Setoff** | **930,000.00** |
| **Thompson, Becker & Bothwell c/o C Lamar Garren Scott Kroner PLC PO Box 2737 Charlottesville, VA 22902** | **Thompson, Becker & Bothwell c/o C Lamar Garren Scott Kroner PLC Charlottesville, VA 22902** | **Judgment Creditor** | **Disputed** | **107,766.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Edmund Craig Scarborough**
   **Yvonne Kay Scarborough**

               Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Virginia Community Bank**<br>**114 Industrial Drive**<br>**PO Box 888**<br>**Louisa, VA 23093** | **Virginia Community Bank**<br>**114 Industrial Drive**<br>**PO Box 888**<br>**Louisa, VA 23093** | **Guarentee of debt owed by IBCS Mining, Inc. and IBCS Group, Inc.** | **Contingent Disputed** | 280,195.80 |
| **Virginia Community Bank**<br>**114 Industrial Drive**<br>**PO Box 888**<br>**Louisa, VA 23093** | **Virginia Community Bank**<br>**114 Industrial Drive**<br>**PO Box 888**<br>**Louisa, VA 23093** | **Guarentee of debt owed by IBCS Mining, Inc. and IBCS Group, Inc.** | **Contingent Disputed** | 148,900.12 |
| **Virginia Community Bank**<br>**114 Industrial Drive**<br>**PO Box 888**<br>**Louisa, VA 23093** | **Virginia Community Bank**<br>**114 Industrial Drive**<br>**PO Box 888**<br>**Louisa, VA 23093** | **Guarentee of debt owed by IBCS Mining, Inc. and IBCS Group, Inc.** | **Contingent Disputed** | 734,811.81 |
| **Virginia Community Bank**<br>**114 Industrial Drive**<br>**PO Box 888**<br>**Louisa, VA 23093** | **Virginia Community Bank**<br>**114 Industrial Drive**<br>**PO Box 888**<br>**Louisa, VA 23093** | **Guarentee of debt owed by IBCS Mining, Inc. and IBCS Group, Inc.** | **Contingent Disputed** | 700,236.35 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    We, **Edmund Craig Scarborough** and **Yvonne Kay Scarborough**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date   **July 16, 2014**                 Signature   **/s/ Edmund Craig Scarborough**
                                                 **Edmund Craig Scarborough**
                                               Debtor

Date   **July 16, 2014**                 Signature   **/s/ Yvonne Kay Scarborough**
                                                **Yvonne Kay Scarborough**
                                               Joint Debtor

    *Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Edmund Craig Scarborough,**
      **Yvonne Kay Scarborough**

Case No. _____

                             Debtors

Chapter _____**11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,864,541.00 | | |
| B - Personal Property | Yes | 10 | 681,759.51 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 3,685,514.12 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 115,879.12 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 12,426,782.37 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 34,471.00 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 4,546,300.51 | | |
| Total Liabilities | | | | 16,228,175.61 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Edmund Craig Scarborough,**                  Case No. _____
        **Yvonne Kay Scarborough**

                                             ,    Chapter _____**11**_____
                                       Debtors

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Edmund Craig Scarborough,**
         **Yvonne Kay Scarborough**

Case No. _____

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real Property**<br>**Location: 6850 CR 540 East, Haines City FL 33844** | **Fee simple** | **J** | **501,441.00** | **607,797.00** |
| **Real Property**<br>**Location: 1921 Frays Ridge Crossing, Earlysville, VA 22936-1887** | **Fee simple** | **J** | **3,243,100.00** | **2,591,655.12** |
| **Real Property in West Virginia**<br>**No address, legal description: "Beginning at a point on the old rail road grade right-of-way and in Laurel Creek, where said right-of-way crosses Laurel Creek..."** | **Fee simple** | **H** | **120,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **3,864,541.00** | (Total of this page) |
| Total > | **3,864,541.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Edmund Craig Scarborough,**                                        Case No. _____
        **Yvonne Kay Scarborough**
                                                                    ,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BB & T Bank Account ends in 5336 Account held by Edmund Scarborough and Yvonne Scarborough Tenants by Entirety** | J | 8.51 |
| | | **First Citizens Bank Account Checking Account ends in 0249 Account owned by Yvonne Scarborough, bare title, equitable ownership is tenants by entirety** | W | 0.00 |
| | | **Suntrust Bank Account in name of CGS Holdings, Inc. CGS Holdings, Inc. is a company owned 100% by debtors children, Cory and Garrett Scarborough. Account number ends in 8023. $228,000 was the total in the account that belonged to debtor Ed and Yvonne Scarborough. Amount in account as of May 15, 2014; some exhausted by debtors, some used for attorney fees, and the rest paid to creditor Triangle Plumbing, see statement of financial affairs ***Most of the funds in this account are based on settlement proceeds based on Ed Scarborough's privacy act claims against federal government. Marie Louise Hagen PLLC provided representation for claim to settlement and was paid to $86,150 of the $275,000 settlement, the remainder ($189,850) was transferred into this account.** | J | 165,000.00 |
| | | **Charles Scwab Brokerage Account ends at ends in 1797** | H | 1,800.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

|  | Sub-Total >      (Total of this page) | 166,808.51 |
|---|---|---|

__9__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Edmund Craig Scarborough,**
    **Yvonne Kay Scarborough**                                    Case No. _____

                                     ,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Location: 1921 Frays Ridge Crossing, Earlysville, VA 22936-1887 Furnishing purchased for $142,000.00 on 1/10/2010 (not inlcuding TVs)**<br><br>**LIVING ROOM**<br>**2 counchs, 2 chairs, 2 end tables, 1 coffee table, 55" flat screen TV**<br><br>**HEARTH ROOM**<br>**2 counchs, 2 chairs, 2 end tables, 1 coffee table, 55" flat screen TV**<br><br>**POOL HOUSE**<br>**2 counchs, 2 chairs, 2 end tables, 1 coffee table**<br><br>**BONUS ROOM**<br>**2 counchs, 2 chairs, 2 end tables, 1 coffee table, 55" flat screen TV**<br><br>**DINNER ROOM**<br>**8 chair dining room table set, 2 china cabinents**<br><br>**KITCHEN**<br>**8 chair dining room table set, 1 win cabinent, 4 bar stools**<br><br>**DEN AREA**<br>**1 office desk, 1 office chair, 2 recliners, 2 wood office file cabinets**<br><br>**BASEMENT AREA**<br>**2 counchs, 2 chairs, 2 end tables, 1 coffee table, 55" flat screen TV**<br><br>**BEDROOM 1**<br>**1 king bed, 2 dressers, 2 nightstands**<br><br>**BEDROOM 2**<br>**1 king bed, 1 dresser, 2 night stands**<br><br>**BEDROOM 3**<br>**1 king bed, 1 dresser, 2 night stands**<br><br>**BEDROOM 4**<br>**1 king bed, 1 dresser, 2 night stands**<br><br>**BEDROOM 5**<br>**1 king bed, 1 dresser, 2 night stands**<br><br>**BEDROOM 6**<br>**1 king bed, 1 dresser, 2 night stands**<br><br>**BEDROOM 7**<br>**1 king bed, 1 dresser, 2 night stands** | J | 30,000.00 |

**BONUS BEDROOM 8**
**4 standard beds, 2 dresser, 2 night stands**

**OTHER/MISC**
**11 different wall pictures / paintings**

                                   Sub-Total >     **30,000.00**
                             (Total of this page)

Sheet  __1__  of  __9__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Edmund Craig Scarborough,**                              Case No. _____
         **Yvonne Kay Scarborough**

_____ ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: 1921 Frays Ridge Crossing, Earlysville, VA 22936-1887 **Pool Table, purchased new for $4,500 in 2010.** | J | 2,000.00 |
| | | Location: 6850 CR 540 East, Haines City FL 33844 **Purchased in 2000** | J | 15,000.00 |
| | | **BEDROOM 1** 1 king bed, 2 dresser, 2 night stands, 1 chair, 1 couch | | |
| | | **BEDROOM 2** 1 king bed, 1 dresser, 2 nightstands, 60" projection TV | | |
| | | **BEDROOM 3** 1 king bed, 1 dresser, 2 nightstands, 60" projection TV | | |
| | | **BEDROOM 4** 1 king bed, 1 dresser, 2 nightstands, 24" TV | | |
| | | **LIVING ROOM** 2 couches, 2 chairs, 2 end tables, 1 coffee table, 55" flat screen TV | | |
| | | **FORMAL LIVING ROOM** 2 couches, 2 chairs, 2 end tables, 1 coffee table | | |
| | | **KITCHEN** 6 chair dining table set, 4 bar stools | | |
| | | **FORMAL DINING ROOM** 8 chair dining room table set, 2 china cabinets | | |

Sub-Total >        **17,000.00**
(Total of this page)

Sheet __2__ of __9__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Edmund Craig Scarborough,**
       **Yvonne Kay Scarborough**                                      Case No. _____

                                                    ,
                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Location: 1921 Frays Ridge Crossing, Earlysville, VA 22936-1887** | J | 10,000.00 |
| | | **Misc. Furnishing Continued**<br>**2 leather chairs**<br>**wooden desk and chair**<br>**Cannon all-in-one printer**<br>**one cigar humidor**<br>**General Lee print**<br>**General Lee is near painting**<br>**J. Kinnard Painting**<br>**Troybuilt 5500-watt generator**<br>**Taskforce wood splitter**<br>**5 gallon air tank**<br>**Stihl Backpack blower**<br>**Large air compressor**<br>**Craftsmen 3 part tool chest**<br>**Craftsmen wall cabinet**<br>**Craftsmen 2 door cabinet**<br>**Craftsmen work bench (x2)**<br>**Echo weed eater**<br>**Stihl weed eater**<br>**Tool set**<br>**extension chords**<br>**other misc garage items** | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Edmund: approx. 3 suits, dress shoes, misc. casual clothes, night wear, undergarmets.**<br>**Yvonne: wedding dress, approx. 10 formal dresses, slacks, skirts, dress shirts, approx. 25 pairs of shoes, approx. 25 handbags / purses, misc. casual clothes, night wear, undergarmets.** | J | 4,000.00 |
| 7. Furs and jewelry. | | **2 wedding rings, original and 10yr ring, one or two pairs of diamond earrings, other misc. jewelry** | J | 20,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **16 Guage Shotgun, good condition, approx. 6 years old, titled and owned by Ed.**<br>**12 Guage Shotgun, over under, good condition, approx. 10 years old, titled and owned by Ed.**<br>**Henry 45 repeater, good condition, approx.. 4 years old, titled and owned by Ed.**<br>**Bare title, equitable ownership is tenants by entirety** | H | 2,400.00 |

                                                              Sub-Total >       36,400.00
                                                     (Total of this page)

Sheet __3__ of __9__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Edmund Craig Scarborough,**
      **Yvonne Kay Scarborough**

Case No. _____

_____,

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 300 win mag, good condition, approx. 14 years old, titled and owned by Yvonne.<br>30-06, good condition, approx. 4 years old, titled and owned by Yvonne.<br>45 hand gun, good condition, approx. 10 years old, titled and owned by Yvonne.<br>Bare title, equitable ownership is tenants by entirety | W | 1,800.00 |
| | | Two 410's, good condition, approx. 20 years old, titled to Yvonne Scarborough but held on behalf of and owned by son, Garrett Scarborough, who residence is 6850 CR 540 East, Haines City FL 33844.<br>Two 20g, good condition, approx. 6 years old, titled to Yvonne but held on behalf of and owned by sons, Garrett Scarborough and Cory Scarborough, who residence is 6850 CR 540 East, Haines City FL 33844 and 13603 Marina Point Dr, Apt A-524, Marina Del Ray, CA 90292, respectively.<br>12g over and under, good condition, approx. 5 years old, titled to Ed but held on behalf of and owned by son, Garrett Scarborough, who residence is 6850 CR 540 East, Haines City FL 33844.<br>Two 270, good condition, approx. 8 years old, titled to Yvonne, but held on behalf of and owned by sons, Garrett Scarborough and Cory Scarborough who residence is 6850 CR 540 East, Haines City FL 33844 and 13603 Marina Point Dr, Apt A-524, Marina Del Ray, CA 90292, respectively.<br>Estimated Value: $4,000 | - | 0.00 |
| | | .45 Ruger Vaqui 5609554 w/ Western Style Holster.<br>Bare title, equitable ownership is tenants by entirety | W | 200.00 |
| | | Henry .45 rifle BB0030763C<br>Bare title, equitable ownership is tenants by entirety. | H | 450.00 |
| | | Mossberg 12 guage shotgun model 835 UM233527<br>Bare title, equitable ownership is tenants by entirety. | H | 200.00 |
| | | Remington 870 12 guage shot gun C321389M.<br>Bare title, equitable ownership is tenants by entirety | W | 250.00 |

Sub-Total >     **2,900.00**
(Total of this page)

Sheet __4__ of __9__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Edmund Craig Scarborough,**
       **Yvonne Kay Scarborough**                              Case No. _____

                                                              ,
                                        Debtors
## SCHEDULE B - PERSONAL PROPERTY
                                (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Remington 20 guage shotgun D221649U **Held on behalf of son Garrett Scarbrough, address 6850 CR 540 East, Haines City FL 33844** Value estimate: $200 | - | 0.00 |
| | | Browning 12 Guage Shotgun, over and under, 27275PR653 **Bare title, equitable ownership is tenants by entirety** | W | 250.00 |
| | | Mossberg 20 guage shotgun TR12067104 **Held on behlf of Son, Cory Scarborough, who resides at 13603 Marina Point Dr, Apt A-524, Marina Del Ray, CA 90292, respectively.** Estimated value: $200 | - | 0.00 |
| | | Browning 30.06 w/ Leopold Scope 27950MP354 **Held on behlf of Cory Scarborough, who resides at 13603 Marina Point Dr, Apt A-524, Marina Del Ray, CA 90292, respectively.** Estimated value $500 | - | 0.00 |
| | | Finnbear 300 winmag w/ Nikon scope L61R-45436 **Held on behlf of Son, Garrett Scarbrough, address 6850 CR 540 East, Haines City FL 33844.** Estimated value: $500 | J | 0.00 |
| | | Browning .270 w/ Leopold scope 88295MP351 **Held on behlf of Son, Garrett Scarbrough, address 6850 CR 540 East, Haines City FL 33844** Estimated Value: $400 | - | 0.00 |
| | | Browning 16 guage shotgun 15697MW131 **Bare title, equitable ownership is tenants by entirety** | H | 2,000.00 |
| | | Mossberg .410 P897769 **Held on behlf of Son, Cory Scarborough, who resides at 13603 Marina Point Dr, Apt A-524, Marina Del Ray, CA 90292, respectively.** Estimated Value: $100 | - | 0.00 |
| | | 4 cases of 16 guage ammo, Federal Brand | J | 400.00 |
| | | 1 case of 12 guage ammo, Federal Brand | J | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                    Sub-Total >        2,750.00
                                                (Total of this page)

Sheet __5__ of __9__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Edmund Craig Scarborough,**                                    Case No. _____
              **Yvonne Kay Scarborough**

                                                                          ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **IBCS Group, Inc.** | **J** | **Unknown** |
| | | **IBCS Mining, Inc** | **J** | **Unknown** |
| | | **IBCS Fidelity, Inc.** | **J** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **IBCS Group, Inc. & IBCS Mining, Inc. Money owed to Debtors from Company Debtor is owed money from companies $2,764,400.00 However debt is unlikely to be repaid and therefore value unknown** | **J** | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                                          Sub-Total >            **0.00**
                                                        (Total of this page)

Sheet   **6**   of   **9**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Edmund Craig Scarborough,**                                     Case No. _____
      **Yvonne Kay Scarborough**
                                                 ,
                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 GMC Sierra, Good Condition, 57,000 Miles** **Bare title, equitable ownership is tenants by entirety** | H | 32,000.00 |
| | | **2013 GMC Tahoe Denali, Good Condition, 10,000 Miles** **Bare title, equitable ownership is tenants by entirety** | W | 40,000.00 |
| | | **American Coach Revolution RV; Good Condition; 7,000 miles** **Bare title, equitable ownership is tenants by entirety** | H | 180,000.00 |
| | | **2010 Bentley Continental Flying Spur, Good Condition, 40,000 Miles** **Bare title, equitable ownership is tenants by entirety** | H | 80,000.00 |

                                                          Sub-Total >    332,000.00
                                                      (Total of this page)

Sheet __7__ of __9__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Edmund Craig Scarborough,**
  **Yvonne Kay Scarborough**                                    Case No. _____
                                                          ,
                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Yamaha Grizzley 4-wheeler, approx. 7 years old, good condition.**<br>**Held on behalf of sons, debtors have no equitable interest.** | - | 0.00 |
| | | **Carry-on Trailer, approx. 5 years old, good condition.**<br>**VIN: KYMUL08147U145431** | J | 500.00 |
| 26. Boats, motors, and accessories. | | **2011 Ski Nautique, Model 230, Ski/Wakeboard Boat**<br>**Bare title, equitable ownership is tenants by entirety** | H | 60,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **4 Dogs** | J | 1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | **2009 John Deere 4320 Tractor with Bush Hog Mower Deck and Bucket**<br>**Location: 1921 Frays Ridge Crossing, Earlysville, VA 22936-1887**<br>**Purchased in 2010**<br>**GM1190R**<br>**Bare title, equitable ownership is tenants by entirety** | H | 17,000.00 |
| | | **2009 John Deere Gator 4x4 1800**<br>**Location: 1921 Frays Ridge Crossing, Earlysville, VA 22936-1887**<br>**Purchased in 2010**<br>**855D**<br>**Bare title, equitable ownership is tenants by entirety** | H | 8,000.00 |
| | | **2009 John Deere 910 Zero Turn Mower**<br>**Location: 1921 Frays Ridge Crossing, Earlysville, VA 22936-1887**<br>**Bare title, equitable ownership is tenants by entirety** | H | 5,000.00 |

Sub-Total >    **90,501.00**
(Total of this page)

Sheet  **8**  of  **9**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Edmund Craig Scarborough,**
         **Yvonne Kay Scarborough**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Frontier Spreader SS1035B** **Bare title, equitable ownership is tenants by entirety** | **H** | **400.00** |
| | | **John Deere 2 Track Pro Mower 2930A** **Bare title, equitable ownership is tenants by entirety** | **H** | **3,000.00** |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **3,400.00** |
| Total > | **681,759.51** |

Sheet __**9**__ of __**9**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Edmund Craig Scarborough,**                                    Case No. _____
      **Yvonne Kay Scarborough**
_____ ,
                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                       $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Real Property**<br>**Location: 6850 CR 540 East, Haines City FL**<br>**33844** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat.**<br>**Ann. §§ 222.01 & 222.02** | 0.00 | 501,441.00 |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **BB & T Bank Account ends in 5336**<br>**Account held by Edmund Scarborough and**<br>**Yvonne Scarborough**<br>**Tenants by Entirety** | **Fla. Const. art. X, § 4(a)(2)** | 8.51 | 8.51 |
| **First Citizens Bank Account**<br>**Checking Account ends in 0249**<br>**Account owned by Yvonne Scarborough, bare**<br>**title, equitable ownership is tenants by entirety** | **Fla. Const. art. X, § 4(a)(2)** | 0.00 | 0.00 |
| **Suntrust Bank Account in name of CGS**<br>**Holdings, Inc.**<br>**CGS Holdings, Inc. is a company owned 100%**<br>**by debtors children, Cory and Garrett**<br>**Scarborough.**<br>**Account number ends in 8023.**<br>**$228,000 was the total in the account that**<br>**belonged to debtor Ed and Yvonne**<br>**Scarborough. Amount in account as of May 15,**<br>**2014; some exhausted by debtors, some used**<br>**for attorney fees, and the rest paid to creditor**<br>**Triangle Plumbing, see statement of financial**<br>**affairs**<br>**\*\*\*Most of the funds in this account are based**<br>**on settlement proceeds based on Ed**<br>**Scarborough's privacy act claims against**<br>**federal government. Marie Louise Hagen PLLC**<br>**provided representation for claim to settlement**<br>**and was paid to $86,150 of the $275,000**<br>**settlement, the remainder ($189,850) was**<br>**transferred into this account.** | **Fla. Const. art. X, § 4(a)(2)** | 41.49 | 165,000.00 |

   **_1_**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Edmund Craig Scarborough,**                                          Case No. _____
         **Yvonne Kay Scarborough**
                                                    ,
                                   Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings**<br>**Location: 6850 CR 540 East, Haines City FL 33844**<br>**Purchased in 2000** | **Fla. Const. art. X, § 4(a)(2)** | **1,500.00** | **15,000.00** |
| **BEDROOM 1**<br>**1 king bed, 2 dresser, 2 night stands, 1 chair, 1 couch** | | | |
| **BEDROOM 2**<br>**1 king bed, 1 dresser, 2 nightstands, 60" projection TV** | | | |
| **BEDROOM 3**<br>**1 king bed, 1 dresser, 2 nightstands, 60" projection TV** | | | |
| **BEDROOM 4**<br>**1 king bed, 1 dresser, 2 nightstands, 24" TV** | | | |
| **LIVING ROOM**<br>**2 couches, 2 chairs, 2 end tables, 1 coffee table, 55" flat screen TV** | | | |
| **FORMAL LIVING ROOM**<br>**2 couches, 2 chairs, 2 end tables, 1 coffee table** | | | |
| **KITCHEN**<br>**6 chair dining table set, 4 bar stools** | | | |
| **FORMAL DINING ROOM**<br>**8 chair dining room table set, 2 china cabinets** | | | |
| **Wearing Apparel**<br>**Edmund: approx. 3 suits, dress shoes, misc. casual clothes, night wear, undergarmets. Yvonne: wedding dress, approx. 10 formal dresses, slacks, skirts, dress shirts, approx. 25 pairs of shoes, approx. 25 handbags / purses, misc. casual clothes, night wear, undergarmets.** | **Fla. Const. art. X, § 4(a)(2)** | **250.00** | **4,000.00** |
| **Furs and Jewelry**<br>**2 wedding rings, original and 10yr ring, one or two pairs of diamond earrings, other misc. jewelry** | **Fla. Const. art. X, § 4(a)(2)** | **200.00** | **20,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2011 GMC Sierra, Good Condition, 57,000 Miles Bare title, equitable ownership is tenants by entirety** | **Fla. Stat. Ann. § 222.25(1)** | **2,000.00** | **32,000.00** |
| | Total: | **4,000.00** | **737,449.51** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Edmund Craig Scarborough,**
     **Yvonne Kay Scarborough**
                      Debtors

Case No. _____,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **ends in 6759** | | | Opened 12/01/08 Last Active 3/27/14 | | | | | |
| BB & T PO Box 1847 Attn: Bankruptcy Wilson, NC 27894 | | J | Real Property Location: 6850 CR 540 East, Haines City FL 33844 | | | | | |
| | | | Value $             501,441.00 | | | | 607,797.00 | 106,356.00 |
| Account No. **ends in 9001** | | | Opened 5/01/11 Last Active 4/29/14 | | | | | |
| BB & T Attn: Bankruptcy Dept Po Box 1847 Wilson, NC 27894 | | H | American Coach Revolution RV; Good Condition; 7,000 miles Bare title, equitable ownership is tenants by entirety | | | | | |
| | | | Value $             180,000.00 | | | | 252,091.00 | 72,091.00 |
| Account No. **ends in 9002** | | | Opened 6/01/11 Last Active 4/29/14 | | | | | |
| BB & T Attn: Bankruptcy Dept Po Box 1847 Wilson, NC 27894 | | H | 2011 Ski Nautique, Model 230, Ski/Wakeboard Boat Bare title, equitable ownership is tenants by entirety | | | | | |
| | | | Value $              60,000.00 | | | | 69,127.00 | 9,127.00 |
| Account No. **ends in 5998** | | | Opened 7/01/11 Last Active 4/29/14 | | | | | |
| BB & T Attn: Bankruptcy Dept Po Box 1847 Wilson, NC 27894 | | J | Real Property Location: 1921 Frays Ridge Crossing, Earlysville, VA 22936-1887 | | | | | |
| | | | Value $        3,243,100.00 | | | | 99,703.00 | 0.00 |

   **2**    continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 1,028,718.00 | 187,574.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Edmund Craig Scarborough,**
    **Yvonne Kay Scarborough**                 Case No. _____

_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **ends in 9003** | | | | Opened 1/01/13 Last Active 4/29/14 | | | | | |
| BB & T Attn: Bankruptcy Dept Po Box 1847 Wilson, NC 27894 | | | J | 2010 Bentley Continental Flying Spur, Good Condition, 40,000 Miles Bare title, equitable ownership is tenants by entirety | | | | | |
| | | | | Value $                80,000.00 | | | | 92,046.00 | 12,046.00 |
| Account No. **starts with 5430** | | | | Opened 6/01/10 Last Active 4/30/14 | | | | | |
| Farm Credit of the Virginias PO Box 7465 Charlottesville, VA 22906 | | | J | First Mortgage Real Property Location: 1921 Frays Ridge Crossing, Earlysville, VA 22936-1887 | | | | | |
| | | | | Value $             3,243,100.00 | | | | 2,376,073.00 | 0.00 |
| Account No. | | | | December 2012 | | | | | |
| Internal Revenue Service Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101 | | | J | Tax Lien Real Property Location: 1921 Frays Ridge Crossing, Earlysville, VA 22936-1887 | | | X | | |
| | | | | Value $             3,243,100.00 | | | | 115,879.12 | 0.00 |
| Account No. | | | | 2009 John Deere 4320 Tractor with Bush Hog Mower Deck and Bucket Location: 1921 Frays Ridge Crossing, Earlysville, VA 22936-1887 Purchased in 2010 GM1190R Bare title, equitable ownership is tenants by entirety | | | | | |
| John Deere One John Deere Place Moline, IL 61265 | | | J | | | | | | |
| | | | | Value $                17,000.00 | | | | 5,000.00 | 0.00 |
| Account No. **account ends in 0491** | | | | Opened 3/01/14 Last Active 4/22/14 | | | | | |
| Suntrust Bank Attn:Bankruptcy Dept Po Box 85092 Mc Va-Wmrk-7952 Richmond, VA 23286 | | | W | 2013 GMC Tahoe Denali, Good Condition, 10,000 Miles Bare title, equitable ownership is tenants by entirety | | | | | |
| | | | | Value $                40,000.00 | | | | 52,033.00 | 12,033.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      | 2,641,031.12 | 24,079.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Edmund Craig Scarborough,**
     **Yvonne Kay Scarborough**                                 Case No. _____

_____ ,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **account ends in 6643** | | | | | Opened  4/01/14  Last Active  4/30/14 | | | | | |
| **Suntrust Bank** **Attn:Bankruptcy Dept** **Po Box 85092** **Mc Va-Wmrk-7952** **Richmond, VA 23286** | | H | | | **2011 GMC Sierra, Good Condition, 57,000 Miles** **Bare title, equitable ownership is tenants by entirety** | | | | | |
| | | | | | Value $          **32,000.00** | | | | **15,765.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **15,765.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **3,685,514.12** | **211,653.00** |

7/14/14 9:07AM

B6E (Official Form 6E) (4/13)

.

In re   **Edmund Craig Scarborough,**
       **Yvonne Kay Scarborough**                     Case No. _____

                                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                              __1__     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Edmund Craig Scarborough,**
　　　　**Yvonne Kay Scarborough**

Case No. _____

　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  2010 | | | | | | | | | |
| **Internal Revenue Service Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101** | | J | **IRS - Fed Income Taxes Debt Disputed, Debtors believe that IRS will owe them money upon resolution of dispute.** | | | X | 115,879.12 | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet  **1**  of  **1**  continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 | |
| | | 115,879.12 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 115,879.12 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re  **Edmund Craig Scarborough,**                                          Case No. _____
       **Yvonne Kay Scarborough**
                                                                                                      ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Demo & Nuclear Decommissioning, Inc.** <br> **PO Box 553** <br> **Jamestown, NY 14702** | | H | **Possible personal guarentee of business debt** | X | | X | 139,000.00 |
| Account No. <br><br> **Assoc. ReadyMix Concrete Inc** <br> **4621 Teller Ave, Ste 130** <br> **Newport Beach, CA 92660** | | H | **Bond Related / personal guarenty of business debt** | X | | X | 185,000.00 |
| Account No. xxxx xx 2116 <br><br> **Barclays Visa Blackcard** <br> **Card Services** <br> **PO Box 13337** <br> **Philadelphia, PA 19101-3337** | | J | **March 2014** <br> **Credit Card, Ed Scarborough personally** | | | | 9,000.00 |
| Account No. ends in 1960 <br><br> **BB & T** <br> **Po Box 2306** <br> **Wilson, NC 27894** | | J | **Opened 10/01/08  Last Active  4/17/14** <br> **Visa Credit Card - Edmund Scarborough & Yvonne Scarborough (Joint Debt)** | | | X | 70,053.00 |

| | | |
|---|---|---|
| __9__   continuation sheets attached | Subtotal <br> (Total of this page) | 403,053.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edmund Craig Scarborough,**
     **Yvonne Kay Scarborough**    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>BB & T<br>P.O. Box 1847<br>Wilson, NC 27894 | | J | Judgment recorded in Fairfax County Circuit Court | | | | 1,383,872.00 |
| Account No.<br><br>BB & T<br>Po Box 2306<br>Wilson, NC 27894 | | J | Business credit card, Debtor disputes personal guarenty / liability | | | X | 115,000.00 |
| Account No. **ends in 1992**<br><br>Belks Dept Store (GECRB)<br>Po Box 965028<br>Orlando, FL 32896 | | W | Opened  5/01/13  Last Active  4/02/14<br>Charge Account - Yvonne Scarborough<br>Department Store Credit Card | | | X | 375.00 |
| Account No. **JMI-616-11**<br><br>Board of Education of Baltimore County<br>6901 Charles St<br>Towson, MD 21204 | | H | Personal guarentee of business debt via surety bond | X | X | X | Unknown |
| Account No. **ends in 8648**<br><br>Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130 | | W | Opened  2/01/04  Last Active  3/08/14<br>Credit Card - Yvonne Scarborough | | | X | 2,374.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,501,621.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edmund Craig Scarborough,**
**Yvonne Kay Scarborough**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **ends in 0572** <br><br> **Capital 1 Bank** <br> **Attn: Bankruptcy Dept.** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | | W | | **Opened 7/01/03 Last Active 4/03/14** <br> **Credit Card - Yvonne Scarborough** | | | X | 2,183.00 |
| Account No. **ends in 2943** <br><br> **Capital 1 Bank** <br> **Attn: Bankruptcy Dept.** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | | W | | **Opened 12/01/03 Last Active 4/03/14** <br> **Credit Card - Yvonne Scarborough** | | | X | 1,676.00 |
| Account No. **ends in 3069** <br><br> **Capital 1 Bank** <br> **Po Box 30253** <br> **Salt Lake City, UT 84130** | | W | | **Opened 5/01/08 Last Active 4/24/14** <br> **Credit Card - Yvonne Scarborough** | | | X | 659.00 |
| Account No. **ends in 9762** <br><br> **Capital 1 Bank** <br> **Attn: Bankruptcy Dept.** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | | W | | **Opened 5/01/04 Last Active 3/08/14** <br> **Credit Card - Yvonne Scarborough** | | | X | 152.00 |
| Account No. <br><br> **Capital Hill Strategic Advoc** <br> **c/o Nancy Schlichting** <br> **530 E Main St** <br> **PO Box 2057** <br> **Charlottesville, VA 22902** | | H | | **Judgment based on services provided - Edmund Scarborough based on business guarentee** | | | X | 73,000.00 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,670.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Edmund Craig Scarborough,__
    __Yvonne Kay Scarborough__

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Cranez 2610 S. Black Horse Pike Williamstown, NJ 08094 | | H | Guarantor/Surety | | | X | 37,687.00 |
| Account No. Dean E. Weisgold, Esq 1835 Market St Ste 1215 Philadelphia, PA 19103 | | J | Attorney Fees owed by corporation, Debtor disputes personal liability | | | X | 23,358.61 |
| Account No. Federal Insurance Co. 15 Mountian View Rd Warren, NJ 07059 | | H | 9/20/2013 personal guarenty of business debt | X | | X | 630,000.00 |
| Account No. First Citizens Bank | | J | | | | | 0.00 |
| Account No. First Citizens Bank 239 Fayetteville St Raleigh, NC 27601 | | H | Business credit card, Debtor disputes personal guarentee / liability | | | X | 52,000.00 |

Sheet no. __3__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

743,045.61

B6F (Official Form 6F) (12/07) - Cont.

In re **Edmund Craig Scarborough,**
**Yvonne Kay Scarborough**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> **GERS** <br> **c/o Pedro Williams** <br> **5212 Wimmelskafts Gade** <br> **Ste 200** <br> **St Thomas, VI 00802** | | H | | **Personal Guarenty of business debt / Case No. ST-08-CV-490** <br> **GERS v. Best Construction, Inc., et al** | | | X | **2,500,000.00** |
| Account No. <br><br> **Holland & Knight** <br> **c/o David Biesemeyer** <br> **50 California St, Ste 2800** <br> **San Francisco, CA 94111** | | H | | **Legal Services - Edmund Scarborough via Business Guarentee** | | | X | **435,000.00** |
| Account No. <br><br> **Holland Contracting Atty** <br> **c/o Amanda Senn** <br> **Whitfild & Eddy PLC** <br> **317 Sixth Ave, Ste 1200** <br> **Des Moines, IA 50309** | | H | | **Judgment - Legal Services - Edmund Scarborough via Business Guarentee** | | | X | **400,000.00** |
| Account No. <br><br> **Howrey Law Firm** <br> **c/o Adler Law Firm** <br> **Joel D. Adler** <br> **101 Montgomery St, Ste 2050** <br> **San Francisco, CA 94104** | | H | | **Judgment Against IBCS Mining, Inc. - Edmund Scarborough via Business Guarentee** | | | X | **1,000,000.00** |
| Account No. <br><br> **Integrated Elect Svc, Inc.** <br> **c/o Sarah Kerrigan** <br> **5433 Westheimer, Ste 500** <br> **Houston, TX 77056** | | H | | **Judgment based on Business Guarentee** | | | X | **1,660,000.00** |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,995,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Edmund Craig Scarborough,**            Case No. _____
       **Yvonne Kay Scarborough,**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Credit Card Debt - Edmund Scarborough personally | | | | |
| John Deere One John Deere Place Moline, IL 61265 | | H | | | | | X | |
| | | | | | | | | 5,000.00 |
| Account No. **ends in 7905** | | | | Opened  4/01/06 Last Active  3/07/14 Credit Card | | | | |
| JP Morgan Chase Bank Po Box 15298 Wilmington, DE 19850 | | W | | | | | X | |
| | | | | | | | | 7,134.00 |
| Account No. | | | | Personal guarentee of business debt via surety bond | | | | |
| KB Mechanical/United States c/o Adriana Cara 7924 Ivanhoe Ave, Ste 2 La Jolla, CA 92037 | | H | | | X | | X | |
| | | | | | | | | 95,849.38 |
| Account No. | | | | Legal Services for Privacy Act Claim Edmund Scarborough personally owes attorney for costs and then 20% contingency fee | | | | |
| Law Offices of Marie Louise Hagen, PLLC 5614 Connecticut Ave, NW#111 Washington, DC 20015 | | H | | | | | | |
| | | | | | | | | 31,150.24 |
| Account No. **ends in 4149** | | | | Opened  8/01/08 Last Active  4/27/14 Credit Card | | | | |
| Merrick Bank Attn: Bankruptcy P.O. Box 9201 Old Bethpage, NY 11804 | | W | | | | | X | |
| | | | | | | | | 115.00 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

139,248.62

B6F (Official Form 6F) (12/07) - Cont.

In re **Edmund Craig Scarborough,**
**Yvonne Kay Scarborough**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **MichaelFrederick Paving Corp** **Leonard Sutherland, VP** **PO Box 573** **Atascadero, CA 93423** | | H | | Judgment - Edmund Scarborough via Business Guarentee | X | | X | 285,000.00 |
| Account No. **NorShield Security** **3232 Mobile Hwy** **Montgomery, AL 36108** | | H | | Judgment - Edmund Scarborough via Business Guarentee | X | | X | 290,000.00 |
| Account No. **Peoples United Equip Finance** **c/o Robert Grawl Jr** **Assistant Gen Counsel** **1300 Post Oak Blvd, Ste 1300** **Houston, TX 77056** | | H | | Edmund Scarborough via Business Guarentee Subject to setoff. | X | | X | 930,000.00 |
| Account No. **Security Construction Services, Inc.** **c/o Kelly B LaPar, Esq.** **530 E Main St** **Charlottesville, VA 22902** | | H | | possible personal guarentee of business debt by Ed Scarborough | | | X | Unknown |
| Account No. **State of Idaho** **Insurance Dept** **700 W State St** **PO Box 83720** **Boise, ID 83720** | | H | | Edmund Scarborough personally | | | | 15,000.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,520,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Edmund Craig Scarborough,**
      **Yvonne Kay Scarborough**

Case No. _____

                                       ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Debtor disputes and personal liability, if debt only related to businesses | | | | |
| Steven Golia c/o Christopher King, Esq. 135 Old York Rd Jenkinstown, PA 19046 | | H | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. **ends in 0248** | | | | Opened 12/01/07  Last Active  3/25/14 Credit Card - Joint | | | | |
| Suntrust Bank Attn: Bankruptcy Dept Po Box 85092 Mc Va-Wmrk-7952 Richmond, VA 23286 | | J | | | | | X | |
| | | | | | | | | 7,979.00 |
| Account No. **ends in 4685** | | | | Credit - Edmund Scarborough and IBCS Group, Inc. | | | | |
| Suntrust Bank PO Box 305185 Nashville, TN 37230 | | H | | | X | | X | |
| | | | | | | | | 50,255.06 |
| Account No. | | | | Judgment Creditor | | | | |
| Thompson, Becker & Bothwell c/o C Lamar Garren Scott Kroner PLC PO Box 2737 Charlottesville, VA 22902 | | J | | | | | X | |
| | | | | | | | | 107,766.00 |
| Account No. | | | | Judgment based on business guarentee Debtor intends to file adversary proceeding to claw back funds paid to creditor | | | | |
| Triangle Plumbing c/o Greg Duncan 412 E Jefferson St Charlottesville, VA 22902 | | H | | | | | X | |
| | | | | | | | | 17,000.00 |

Sheet no. __7___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**183,000.06**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edmund Craig Scarborough,**
       **Yvonne Kay Scarborough**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **W9126G-09-D-0100** | | | | Personal guarentee of business debt via surety bond | | | | |
| US Army Engineer Dist, Fort Worth, ATTN: CESWF-CT 819 Taylor St, 2A19 PO Box 17300 Fort Worth, TX 76102-0300 | | H | | | X | X | X | Unknown |
| Account No. **ends in 2071** | | | | Guarentee of debt owed by IBCS Mining, Inc. and IBCS Group, Inc. | | | | |
| Virginia Community Bank 114 Industrial Drive PO Box 888 Louisa, VA 23093 | | H | | | X | | X | 280,195.80 |
| Account No. **ends in 3551** | | | | Guarentee of debt owed by IBCS Mining, Inc. and IBCS Group, Inc. | | | | |
| Virginia Community Bank 114 Industrial Drive PO Box 888 Louisa, VA 23093 | | H | | | X | | X | 148,900.12 |
| Account No. **ends in 2005** | | | | Guarentee of debt owed by IBCS Mining, Inc. and IBCS Group, Inc. | | | | |
| Virginia Community Bank 114 Industrial Drive PO Box 888 Louisa, VA 23093 | | H | | | X | | X | 700,236.35 |
| Account No. **ends in 1939** | | | | Guarentee of debt owed by IBCS Mining, Inc. and IBCS Group, Inc. | | | | |
| Virginia Community Bank 114 Industrial Drive PO Box 888 Louisa, VA 23093 | | H | | | X | | X | 734,811.81 |

Sheet no. __8___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,864,144.08

7/17/14 9:07AM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edmund Craig Scarborough,**                                  Case No. _____
       **Yvonne Kay Scarborough**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.  **Washington State Insurance Office c/o Alan Michael Singer PO Box 40255 Olympia, WA 98504-0522** | | H | | Dispute of surety bonds Edmund Scarborough may have liability via business guarentee | X | X | X | **Unknown** |
| Account No.  **Wells Fargo Utah Trust Dept c/o Alan D Doty MAC U1240-026 260 N Charles Lindbergh Dr Salt Lake City, UT 84116-2812** | | H | | Related to surety bonds, Edmund Scarborough beleives nothing currently owed. Trust Indenture Agreement. | X | X | | **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no.  __9___  of  __9___  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

Total
(Report on Summary of Schedules)         **12,426,782.37**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Edmund Craig Scarborough,**                         Case No. _____

          **Yvonne Kay Scarborough**

                                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**     
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Edmund Craig Scarborough,**                                     Case No. _____
         **Yvonne Kay Scarborough**
_____,
                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **IBCS Group, Inc.**<br>**944 Glenwood Station Ln**<br>**Ste 104**<br>**Charlottesville, VA 22901** | |
| **IBCS Mining, Inc.**<br>**944 Glenwood Station Ln**<br>**Ste 104**<br>**Charlottesville, VA 22901** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edmund Craig Scarborough** |
| Debtor 2 (Spouse, if filing) | **Yvonne Kay Scarborough** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I

# Schedule I: Your Income                                      12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | Occupation | **CEO** | **Insurance Agent** |
| | Employer's name | **IBCS Mining** | |
| | Employer's address | **IBCS Mining, Inc.**<br>**944 Glenwood Station Ln, Ste 104**<br>**Charlottesville, VA 22901** | |
| | How long employed there? | **7 years** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1  **Edmund Craig Scarborough**
Debtor 2  **Yvonne Kay Scarborough**

Case number (*if known*) _____

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ 0.00

8b. **Interest and dividends**   8b.   $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00

8d. **Unemployment compensation**   8d.   $ 0.00   $ 0.00

8e. **Social Security**   8e.   $ 0.00   $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ 0.00   $ 0.00

8g. **Pension or retirement income**   8g.   $ 0.00   $ 0.00

8h. **Other monthly income.** Specify: _____   8h.+   $ 0.00 +   $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 0.00 + $ 0.00 = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 0.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:   **Debtor is actively seeking employment and expect to be able to earn upwards of $100,000 per year.**

Fill in this information to identify your case:

Debtor 1          **Edmund Craig Scarborough**

Debtor 2          **Yvonne Kay Scarborough**
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
    expenses as of the following date:

    _____
    MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
    maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses                                                          12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

**Part 1:**    **Describe Your Household**

1.    **Is this a joint case?**

     ☐ No. Go to line 2.

     ■ Yes. **Does Debtor 2 live in a separate household?**

         ■ No

         ☐ Yes. Debtor 2 must file a separate Schedule J.

2.    **Do you have dependents?**    ■ No

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| Do not list Debtor 1 and Debtor 2. | ☐ Yes. Fill out this information for each dependent........... | | |
| Do not state the dependents' names. | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |

3.    **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No   ☐ Yes

**Part 2:**    **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

|  | | **Your expenses** |
|---|---|---|
| 4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 20,000.00 |
|    **If not included in line 4:** | | |
|    4a.   Real estate taxes | 4a. $ | 0.00 |
|    4b.   Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
|    4c.   Home maintenance, repair, and upkeep expenses | 4c. $ | 2,500.00 |
|    4d.   Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5.   **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    **Edmund Craig Scarborough**
Debtor 2    **Yvonne Kay Scarborough**                    Case number (if known)

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 2,100.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 460.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 200.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 712.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 1,750.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 500.00 |
| | 15b. | Health insurance | 15b. $ | 1,300.00 |
| | 15c. | Vehicle insurance | 15c. $ | 740.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 267.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 975.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income*.** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 1,200.00 |
| | Specify:   **24 year old adult son** | 19. | | |
| | **22 year old adult son** | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 67.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 500.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | 22. $ | 34,471.00 |
| | The result is your monthly expenses. | | |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 34,471.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -34,471.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Edmund Craig Scarborough**
       **Yvonne Kay Scarborough**

Case No. _____

Chapter    **11**

Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**36**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 16, 2014**          Signature    **/s/ Edmund Craig Scarborough**
                                              **Edmund Craig Scarborough**
                                              Debtor

Date   **July 16, 2014**          Signature    **/s/ Yvonne Kay Scarborough**
                                              **Yvonne Kay Scarborough**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Edmund Craig Scarborough**
       **Yvonne Kay Scarborough**                                    Case No.
                                        Debtor(s)                    Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$150,000.00** | **2014 YTD: Both IBCS Mining** |
| **$-200,000.00** | **2013: Both IBCS Mining ***Estimate**** |
| **$-152,483.00** | **2012: Both IBCS Mining** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

B7 (Official Form 7) (04/13)                                                                                                    2

---

### 3. Payments to creditors

**None**  *Complete a. or b., as appropriate, and c.*
■

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**  b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
□  immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Triangle Plumbing c/o Greg Duncan 412 E Jefferson St Charlottesville, VA 22902** | **February 2014** | **$25,000.00** | **$17,000.00** |
| **BB&T Mortgage PO Box 1847 Wilson, NC 27894** | **1/30/14, 2/28/14, 3/30/14** | **$11,000.00** | **$605,000.00** |
| **BB&T PO Box 1847 Wilson, NC 27894** | **1/30/14, 2/28/14, 3/30/14 ***aprox 4 different loans listed with same address in Schedule F** | **$18,000.00** | **$430,000.00** |
| **Suntrust Bank PO Box 85092 Richmond, VA 23286** | **1/30/14, 2/28/14, 3/30/14** | **$5,000.00** | **$6,000.00** |
| **BB&T Credit Card PO Box 2306 Wilson, NC 27894** | **1/30/14, 2/28/14, 3/30/14** | **$7,500.00** | **$71,000.00** |
| **Farm Credit of the Virginias PO Box 7465 Charlottesville, VA 22906** | **May 2014, April 2014, and March 2014** | **$17,000.00** | **$2,376,073.00** |
| **Triangle Plumbing c/o Greg Duncan, Esq 412 E Jefferson St Charlottesville, VA 22902** | **6/20/2014** | **$17,203.00** | **$0.00** |

**None**  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
■  creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐    this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Demolition and Nuclear Decommissioning, Inc. v. The IBCS Group, Inc., at al.** **Case No. 3:11-cv-00078** | **Breach of Contract** | **United States District Court for the Western District of Virginia Charlottesville Division** | **Judgment** |
| **United States for the Use and Benefit of KB Mechanical and KB Mechanical, a sole proprietorship v. RMA Land Construction, Inc., a California corporation, Edmust Craig Scarborough, an individual surety, and DOES 1 through 10, inclusive.** **Case No. CV14-03180-GHK** | **Breach of Contract / Surety** | **United States District Court for the Central District of California Western Division** | **Pending** |
| **John Deere Construction & Forestry Company v. IBCS Mining, Inc., Kentucky Div.; IBCS Mining, Inc.; Edmund C. Scarborough** **Case No. 14-CV-00047-ART** | **Breach of Contract / Indebtedness** | **Eastern District of Kentucky Pikeville Division** | **Dismissed without Prejudice** |
| **John Deere Construction & Forestry Company v. IBCS Mining, Inc., Kentucky Division; IBCS Mining, Inc., and Edmund C. Scarborough** **Case No. 14-CI-500** | **Breach of Contract / Indebtness** | **Common Wealth of Kentucky Pike Circuit Court 35th Judicial Circuit** | **Pending** |
| **Edmund C. Scarborough, et al., v. McHugh, et al.** **Case No. 05-CV-01427** | **Privacy Act Lawsuit** | **United States District Court for the District of Columbia** | **Settled, Settlement Expected** |
| **People's United Equipment Finance Corp. v. Edmund Scarborough** **Case No. 4:14-cv-01423** | **Breach of Contract / Indebtedness** | **United States District Court for the Southern District of Texas Houston Division** | **Pending** |
| **Steven Golia v. Edmund Scarborough; IBCS Fidelity, Inc.; IBCS Group, Inc.; and Yvonne Scarborough** **Case No. 1:14-cv-02577** | **Breach of Contract / Indebtedness** | **United States District Court for the District of New Jersey Camden Division** | **Pending** |
| **GERS v. Best Construction, Inc.; E.C. Scarborough; and the IBCS Group, Inc.** **Case No. ST-08-CV-490** | **Breach of Contract / Indebtedness** | **Superior Court of the Virgin Islands Division of St. Thomas and St. John** | **Pending** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
☐    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101** | **December 2012** | **IRS Lien recorded in Albemarle County, Virginia on December 2012 for $65,000. Debtors intend to avoid lien as preference and thus treated IRS as unsecured in schedules.** |
| **Triangle Plumbing** **c/o Greg Duncan** **412 E Jefferson St** **Charlottesville, VA 22902** | **4/9/2014** | **Based on Writ of Fieri Facias for approx $25,000. All personal property, goods, chattels, and real estate of Debtors located in Albemarle County, to wit, personal property located at 1921 Frays Ridge Crossing, Earlysville, VA 22936.** |

B7 (Official Form 7) (04/13)

4

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Perry G. Gruman, P.A.**<br>**3400 W. Kennedy Boulevard**<br>**Tampa, FL 33609** | **5/8/2014 and 7/2/2014** | **$20,000.00** |

B7 (Official Form 7) (04/13)                                                                                         5

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Family Life Resouces, Inc.** **5802 E. Fowler Ave., Ste. D** **Tampa, FL 33617** | **5/19/2014** | **$50** |

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **David Stetson** **c/o Robert Westermann, Esq.** **2100 East Cary St** **Richmond, VA 23223** **Chief Restructuring Officer** | **7/7/2014** | **Debtors were 100% shareholders of IBCS Mining, Inc. and per corporate resolution company filed for chapter 11 bankruptcy protections in Western District of Virginia. As part of first day motions, company / court appointed David Stetson as Chief Restructuring Officer. Company has been proceeding forward in bankruptcy and refuses to cooperate with Debtors/Owners (Scarboroughs) despite the fact that no corporate resolutions have been passed stripping Debtors/Owners of authority to control company.** |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    6

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Garret & Cory Scarborough**<br>**6850 CR 540 East, Haines City FL**<br>**33844 and 13603 M**<br>**Haines City, FL 33844** | **Two 410's, good condition, approx. 20 years old, titled to Yvonne Scarborough but held on behalf of and owned by son, Garrett Scarborough, who residence is 6850 CR 540 East, Haines City FL 33844. Two 20g, good condition, approx. 6 years old, titled to Yvonne but held on behalf of and owned by sons, Garrett Scarborough and Cory Scarborough, who residence is 6850 CR 540 East, Haines City FL 33844 and 13603 Marina Point Dr, Apt A-524, Marina Del Ray, CA 90292, respectively.**<br>**\*\*\*See Schedule B\*\*\*\*** | **Debtor's Residence** |
| **Garret Scarborough**<br>**6850 CR 540 East, Haines City FL**<br>**33844**<br>**Haines City, FL 33844** | **Remington 20 guage shotgun (see schedule B)**<br>**Finnbear 300 winmag w/ Nikon scope (see schedule B)**<br>**Browning .270 w/ Leopold scope (see schedule B)** | **Debtor's Residence** |
| **Cory Scarborough**<br>**13603 Marina Point Dr, Apt A-524,**<br>**Marina Del Ray,**<br>**Marina Del Rey, CA 90292** | **Mossberg 20 guage shotgun (see schedule B)**<br>**Browning 30.06 w. Leopold Scope (see schedule B)**<br>**Mossberg .410 (see schedule B)** | **Debtor's Residence** |
| **Garret & Cory Scarborough**<br>**6850 CR 540 East, Haines City FL**<br>**33844 and 13603 M**<br>**Haines City, FL 33844** | **Yamaha Grizzley 4-wheeler (see schedule B)** | **Debtor's Residence** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)                                                                    7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **IBCS Group, Inc.** | 47-0938504 | **944 Glenwood Station Ln, Ste 104 Charlottesville, VA 22901** | **Risk Mgmt Company (winding down)** | **December 2003 to September 2011** |
| **IBCS Mining, Inc.** | 26-2228711 | **944 Glenwood Station Ln, Ste 104 Charlottesville, VA 22901** | **Mining Company** | **June 2008 to Current** |

B7 (Official Form 7) (04/13)                                                                                                                8

| NAME<br>**IBCS Fidelity, Inc.** | LAST FOUR DIGITS OF<br>SOCIAL-SECURITY OR<br>OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO.<br>(ITIN)/ COMPLETE EIN<br>**454239629** | ADDRESS<br>**1921 Frays Ridge Crossing<br>Earlysville, VA 22936** | NATURE OF BUSINESS<br>**Insurance Agency** | BEGINNING AND<br>ENDING DATES<br>**2008 to Current<br>(winding down)** |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS<br>**Paul Dove<br>Dove & Associates, PC<br>Alpharetta, GA 30009** | DATES SERVICES RENDERED<br>**1994 to 2014** |
|---|---|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                                DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                DATE ISSUED

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

B7 (Official Form 7) (04/13)    9

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

---

B7 (Official Form 7) (04/13)                                                                                                          10

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 16, 2014** _____        Signature  **/s/ Edmund Craig Scarborough** _____
                                                          **Edmund Craig Scarborough**
                                                          Debtor

Date  **July 16, 2014** _____        Signature  **/s/ Yvonne Kay Scarborough** _____
                                                          **Yvonne Kay Scarborough**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re　**Edmund Craig Scarborough**
**Yvonne Kay Scarborough**　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)　　　　Chapter　**11**　_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

　　　　I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Edmund Craig Scarborough**
**Yvonne Kay Scarborough**　　　　　　　　　　X　**/s/ Edmund Craig Scarborough**　　**July 16, 2014**
Printed Name(s) of Debtor(s)　　　　　　　　　　Signature of Debtor　　　　　　　　Date

Case No. (if known) _____　　　　　　X　**/s/ Yvonne Kay Scarborough**　　**July 16, 2014**
　　　　　　　　　　　　　　　　　　　　　　Signature of Joint Debtor (if any)　　　Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

## United States Bankruptcy Court
### Middle District of Florida

In re   **Edmund Craig Scarborough**
     **Yvonne Kay Scarborough**                        Case No. _____

                                          Debtor(s)      Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **July 16, 2014**                   **/s/ Edmund Craig Scarborough**
                                           **Edmund Craig Scarborough**
                                           Signature of Debtor

Date:   **July 16, 2014**                   **/s/ Yvonne Kay Scarborough**
                                           **Yvonne Kay Scarborough**
                                         Signature of Debtor

Edmund Craig Scarborough
6850 CR 540 East
Haines City, FL 33844

BB & T
Po Box 2306
Wilson, NC 27894

Dean E. Weisgold, Esq
1835 Market St
Ste 1215
Philadelphia, PA 19103

Yvonne Kay Scarborough
6850 CR 540 East
Haines City, FL 33844

BB & T
P.O. Box 1847
Wilson, NC 27894

Eric J. Hughes, Esq
Atty for Fed Insurance Co
1200 Mt. Kemble Ave
PO Box 2075
Morristown, NJ 07962-8100

Perry G. Gruman, Esquire
Perry G. Gruman, P.A.
3400 W. Kennedy Blvd.
Tampa, FL 33609

BB&T
c/o Peter Pearl
310 1st Street, Ste 1100
PO Box 90
Roanoke, VA 24002-0090

Farm Credit of the Virginias
PO Box 7465
Charlottesville, VA 22906

American Demo & Nuclear
Decommissioning, Inc.
PO Box 553
Jamestown, NY 14702

Belks Dept Store (GECRB)
Po Box 965028
Orlando, FL 32896

Federal Insurance Co.
15 Mountian View Rd
Warren, NJ 07059

American Demo & Nuclear
Decommissioning, Inc.
c/o Seth Robbins
2620 P Street, NW
Washington, DC 20007

Board of Education of
Baltimore County
6901 Charles St
Towson, MD 21204

First Citizens Bank

Assoc. ReadyMix Concrete Inc
4621 Teller Ave, Ste 130
Newport Beach, CA 92660

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

First Citizens Bank
239 Fayetteville St
Raleigh, NC 27601

Barclays Visa Blackcard
Card Services
PO Box 13337
Philadelphia, PA 19101-3337

Capital 1 Bank
Po Box 30253
Salt Lake City, UT 84130

GERS
c/o Pedro Williams
5212 Wimmelskafts Gade
Ste 200
St Thomas, VI 00802

BB & T
PO Box 1847
Attn: Bankruptcy
Wilson, NC 27894

Capital Hill Strategic Advoc
c/o Nancy Schlichting
530 E Main St
PO Box 2057
Charlottesville, VA 22902

Holland & Knight
c/o David Biesemeyer
50 California St, Ste 2800
San Francisco, CA 94111

BB & T
Attn: Bankruptcy Dept
Po Box 1847
Wilson, NC 27894

Cranez
2610 S. Black Horse Pike
Williamstown, NJ 08094

Holland Contracting Atty
c/o Amanda Senn
Whitfild & Eddy PLC
317 Sixth Ave, Ste 1200
Des Moines, IA 50309

Howrey Law Firm
c/o Adler Law Firm
Joel D. Adler
101 Montgomery St, Ste 2050
San Francisco, CA 94104

IBCS Group, Inc.
944 Glenwood Station Ln
Ste 104
Charlottesville, VA 22901

IBCS Mining, Inc.
944 Glenwood Station Ln
Ste 104
Charlottesville, VA 22901

Integrated Elect Svc, Inc.
c/o Sarah Kerrigan
5433 Westheimer, Ste 500
Houston, TX 77056

Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101

IRS
400 West Bay St
Jacksonville, FL 32202

John Deere
One John Deere Place
Moline, IL 61265

John Deere
c/o Elizabeth Lee Thompson
250 W Main St
Ste 2300
Lexington, KY 40507

JP Morgan Chase Bank
Po Box 15298
Wilmington, DE 19850

KB Mechanical/United States
c/o Adriana Cara
7924 Ivanhoe Ave, Ste 2
La Jolla, CA 92037

Kimberly Taylor
Kepley Broscious Biggs
2211 Pump Rd
Henrico, VA 23233

Law Offices of Marie Louise
Hagen, PLLC
5614 Connecticut Ave, NW#111
Washington, DC 20015

Merrick Bank
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804

MichaelFrederick Paving Corp
Leonard Sutherland, VP
PO Box 573
Atascadero, CA 93423

NorShield Security
3232 Mobile Hwy
Montgomery, AL 36108

Peoples United Equip Finance
c/o Robert Grawl Jr
Assistant Gen Counsel
1300 Post Oak Blvd, Ste 1300
Houston, TX 77056

Richard A. Epstein, Esq.
2 Buck Ln
Marlboro, NJ 07746

Security Construction
Services, Inc.
c/o Kelly B LaPar, Esq.
530 E Main St
Charlottesville, VA 22902

State of Idaho
Insurance Dept
700 W State St
PO Box 83720
Boise, ID 83720

Steven Golia
c/o Christopher King, Esq.
135 Old York Rd
Jenkinstown, PA 19046

Suntrust Bank
Attn:Bankruptcy Dept
Po Box 85092
Mc Va-Wmrk-7952
Richmond, VA 23286

Suntrust Bank
Attn: Bankruptcy Dept
Po Box 85092
Mc Va-Wmrk-7952
Richmond, VA 23286

Suntrust Bank
PO Box 305185
Nashville, TN 37230

Suntrust Bank
P.O. Box 791250
Baltimore, MD 21279-1250

Thompson, Becker & Bothwell
c/o C Lamar Garren
Scott Kroner PLC
PO Box 2737
Charlottesville, VA 22902

Triangle Plumbing
c/o Greg Duncan
412 E Jefferson St
Charlottesville, VA 22902

US Army Engineer Dist, Fort
Worth, ATTN: CESWF-CT
819 Taylor St, 2A19
PO Box 17300
Fort Worth, TX 76102-0300

Virginia  Community  Bank
114 Industrial  Drive
PO  Box  888
Louisa, VA 23093


Washington  State
Insurance  Office
c/o  Alan  Michael  Singer
PO  Box  40255
Olympia, WA 98504-0522


Wells  Fargo  Utah  Trust  Dept
c/o  Alan  D  Doty
MAC  U1240-026
260 N Charles Lindbergh Dr
Salt Lake City, UT 84116-2812

# United States Bankruptcy Court
## Middle District of Florida

In re    **Edmund Craig Scarborough**
         **Yvonne Kay Scarborough**                          Case No.
_____          Chapter    **11**
                                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................    $    **20,000.00**

    Prior to the filing of this statement I have received ................................    $    **20,000.00**

    Balance Due .................................................................................    $    **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      □ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; other hearings and filing of necessary
        documents. Preparing Chapter 11 Plan and negotiating confirmation of Chapter 11 Plan with Secured Creditors.
        Per representation agreement, debtors will be billed at rate of $250.00 per hour. $15,000 retainer for costs and
        fees. After $1,213 filing fee, $13,787 remains in trust for attorney fees pending future fee applications and Court
        approval.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding. Representation of the debtors in Fed. R. Bankr. P. 204 examinations or
    depositions, or in preparing documents to utilize in such examinations. Amendments to schedules, statement of
    financial affairs, and petition. All future fees will be billed at the undersigned's normal hourly rate prevailing at
    the time future services are rendered.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **July 16, 2014**                          **/s/ Perry G. Gruman, Esquire**
_____          _____
                                                  **Perry G. Gruman, Esquire 396052**
                                                  **Perry G. Gruman, P.A.**
                                                  **3400 W. Kennedy Blvd.**
                                                  **Tampa, FL 33609**
                                                  **813-870-1614  Fax: 813-8701634**
                                                  **ross@grumanlaw.com**

---

B22B (Official Form 22B) (Chapter 11) (12/10)

In re **Edmund Craig Scarborough**
**Yvonne Kay Scarborough**
_____
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| | **Part I. CALCULATION OF CURRENT MONTHLY INCOME** | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A**<br><br>Debtor's<br>Income | **Column B**<br><br>Spouse's<br>Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $   32,602.56 | $    4,807.68 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3.  If more than one business profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | | $       0.00 | $       0.00 |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | | $       0.00 | $       0.00 |
| 5 | **Interest, dividends, and royalties.** | | $       0.00 | $       0.00 |
| 6 | **Pension and retirement income.** | | $       0.00 | $       0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $       0.00 | $       0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $   0.00   Spouse $   0.00 | | $       0.00 | $       0.00 |
| 9 | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td></td><td>$</td><td>$</td></tr><tr><td>b.</td><td></td><td>$</td><td>$</td></tr></table> | | $       0.00 | $       0.00 |

B22B (Official Form 22B) (Chapter 11) (12/10)                                                    2

| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | $  **32,602.56** | $  **4,807.68** |
|----|----|----|----|

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $  **37,410.24** |
|----|----|----|

**Part II. VERIFICATION**

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* |
|----|----|

      Date:  __July 16, 2014__                       Signature:  **/s/ Edmund Craig Scarborough**

                                                    **Edmund Craig Scarborough**
                                                    (Debtor)

      Date:  __July 16, 2014__                       Signature  **/s/ Yvonne Kay Scarborough**

                                                    **Yvonne Kay Scarborough**
                                                    (Joint Debtor, if any)

B22B (Official Form 22B) (Chapter 11) (12/10)                                                   3

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **01/01/2014** to **06/30/2014**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Officer Salary**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **01/2014** | **$24,807.70** |
| 5 Months Ago: | **02/2014** | **$19,846.16** |
| 4 Months Ago: | **03/2014** | **$4,961.54** |
| 3 Months Ago: | **04/2014** | **$0.00** |
| 2 Months Ago: | **05/2014** | **$0.00** |
| Last Month: | **06/2014** | **$0.00** |
| | Average per month: | **$8,269.23** |

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **IBCS Fidelity Account Charges**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **01/2014** | **$144,000.00** |
| 5 Months Ago: | **02/2014** | **$0.00** |
| 4 Months Ago: | **03/2014** | **$0.00** |
| 3 Months Ago: | **04/2014** | **$0.00** |
| 2 Months Ago: | **05/2014** | **$1,000.00** |
| Last Month: | **06/2014** | **$1,000.00** |
| | Average per month: | **$24,333.33** |

B22B (Official Form 22B) (Chapter 11) (12/10)                                                                         **4**

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **01/01/2014** to **06/30/2014**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Officer Salary**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **01/2014** | **$14,423.05** |
| 5 Months Ago: | **02/2014** | **$11,538.44** |
| 4 Months Ago: | **03/2014** | **$2,884.61** |
| 3 Months Ago: | **04/2014** | **$0.00** |
| 2 Months Ago: | **05/2014** | **$0.00** |
| Last Month: | **06/2014** | **$0.00** |
| | Average per month: | **$4,807.68** |